

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. John P. Cronan  
Daniael Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

January 9, 2023

USA v. Nayeem Ahmed Chowdhury  
22 CRIM 464

Your Honor:

At the January 9th, 2023 conference I informed the Court that Mr. Chowdhury (Reg # 14511-510) had been seriously injured while working in the kitchen at the Metropolitan Detention Center. Although he was taken for an x-ray that form of medical treatment would be inadequate to properly diagnose a torn ligament. Mr. Chowdhury has been in serious pain for several weeks without any medical intervention. We ask the Court to order the Bureau of Prisons to properly address Mr. Chowdhury's medical needs.

/s/Matthew D. Myers  
Attorney

So Ordered,

_____  
Hon. John P. Cronan

The Court will coordinate with the MDC to ensure that Mr. Chowdhury's medical needs are properly addressed. By January 20, 2023, counsel for Mr. Chowdhury shall file a status letter updating the Court on this issue. The Clerk of Court is respectfully directed to close Docket Number 28.

SO ORDERED.

January 11, 2023  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

N ♦ Y ♦ C