

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. John P. Cronan                                          May 15, 2023
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<u>USA v.  Nayeem Ahmed Chowdhury</u>
22 CRIM 464

Your Honor:

At the January 9th, 2023 conference I informed the Court that Mr. Chowdhury (Reg # 14511-510) had been seriously injured while working in the kitchen at the Metropolitan Detention Center.  The Court was kind enough to contact the MDC to make sure his medical needs were addressed.  Recently, the defendant had surgery and has had to stay at the hospital for an extended stay to address rehabilitation.

Defense Counsel has had a difficult time meeting with the defendant because of his movement back and forth to Kingsborough Jewish Medical Center.  The Defense  request an additional two weeks to review the final PSR with Mr. Chowdhury and collect documents for the defense's sentencing memo.  This is the first request for an adjournment of this matter.

Respectfully,
/s/Matthew D. Myers
Attorney

The request is granted.  Mr. Chowdhury's sentencing hearing is adjourned to June 15, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The deadline for Defendant's sentencing submission is adjourned to June 1, 2023.  The deadline for the Government's submission is adjourned to June 8, 2023.

SO ORDERED.

May 18, 2023
New York, New York

JOHN P. CRONAN
United States District Judge