```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
              -v-                                                      :      22 Cr. 464 (JPC)
                                                                       :
NAYEEM AHMED CHOWDHURY,                                                :         ORDER
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

While the Court understands that the parties intend to stand by the stipulated Guidelines range in the plea agreement, the parties should be prepared to address at sentencing whether Guidelines calculation in the plea agreement or in the Presentence Investigative Report is correct.

SO ORDERED.

Dated: June 12, 2023
      New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge