UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

NAYEEM AHMED CHOWDHURY,

Defendant.

---

22 Cr. 464 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 19, 2026, Defendant Nayeem Chowdhury filed a *pro se* motion to modify his term of imprisonment pursuant to 18 U.S.C. 3582(c)(1)(A). Dkt. 94. The Government shall respond to Defendant's motion by November 30, 2026. Chowdhury's reply, if any, shall be due on December 14, 2026.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge